UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 27, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JOSHUA JAMES NOLD,

        Defendant.

Case No.  2:25-cr-00288-DAD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSHUA JAMES NOLD, Case No.

2:25-cr-00288-DAD , Charge 18 U.S.C. § 3606 from custody for the following reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other):  Release delayed until 5/28/2026 at 8:30 AM with terms as
**x**    stated on the record. Following release, defendant must directly
report to the Probation Office at 501 I Street, 2nd Floor, Suite 2-500,
Sacramento, CA 95814.

Issued at Sacramento, California on May 27, 2026, at 2:30 PM.

By:   _____

Magistrate Judge Sean C. Riordan